# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SERMARIO LAQUEZ BROWN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:14-cv-184 |
| v. | * | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 20, 2016, Report and Recommendation, dkt. no. 14, to which Plaintiff filed Objections, dkt. no. 15. The Magistrate Judge's Report and Recommendation is hereby **ADOPTED** as the opinion of the Court, and Plaintiff's Objections are **OVERRULED**. The Court **AFFIRMS** the decision of the Commissioner. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 21 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)